**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FRANK MARCELLE, and others similarly situated,
    Plaintiffs,

v.                                                  CASE NO.: 3:09-cv-82-J-34MCR

AMERICAN NATIONAL DELIVERY, INC.
d/b/a DHL EXPRESS,
    Defendant.
_____

**ORDER**[1]

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 45; Report), entered on June 23, 2010. In the Report, Magistrate Judge Richardson recommended that the Court grant Plaintiff's Motion for Entry of Final Default Judgment Against Defendant (Dkt. No. 43; Motion) and enter judgment against Defendant and in favor of the Plaintiffs. Specifically, Judge Richardson recommended that Frank Marcelle be awarded $4,834.80, Andre Whitaker be awarded $32,000.00, and Alex Crimely be awarded $17,250.00. Additionally, Judge Richardson recommended that Plaintiffs be awarded, jointly, $4,390.00 in attorneys' fees, and $670.00 in costs. Neither Plaintiffs nor Defendant objected to the Report within the time period allowed. As such, this Court is not required to conduct a de novo review of the findings of fact made by the Magistrate Judge. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motion addressed herein and is not intended for official publication or to serve as precedent.

Cir. 1993). However, this Court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record, and the legal conclusions are correct. Thus, the Court will accept and adopt the Report and Recommendation of the Magistrate Judge. Additionally, the undersigned agrees with the Magistrate Judge that the attorney's fees sought by Plaintiffs are reasonable.[2] In light of the foregoing, Plaintiffs' Motion will be granted, default judgment will be entered against Defendant for $54,084.80 in actual and liquidated damages, $4,390.00 in attorneys' fees, and $670.00 in costs. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 45) of Magistrate Judge Richardson is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Motion for Entry of Final Default Judgment Against Defendant (Dkt. No. 43) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant, American National Delivery, Inc. d/b/a DHL Express, as follows:

---

[2] In reaching this conclusion, the Court recognizes that it must consider the reasonableness of any award of attorney's fees, but it is not required to conduct "'an in depth analysis . . . unless the unreasonableness of such an award is apparent from the face of the documents.'" King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *4 (M.D. Fla. Mar. 7, 2007) (quoting Perez v. Nationwide Protective Servs., Case No. 6:05-cv-328-Orl-22JGG (Oct. 31, 2005)). As the total fee award sought in this case is not patently unreasonable and Defendant is in default, the Court has not conducted an in-depth analysis of the attorney's fees sought. Accordingly, the award of attorney's fees in this action does not reflect a determination that the hourly rate charged by Plaintiffs' counsel constitutes a reasonable hourly rate in this or any applicable market.

      a. Frank Marcelle is awarded the sum of Four Thousand Eight Hundred Thirty-Four Dollars and Eighty Cents ($4,834.80);

      b. Andre Whitaker is awarded the sum of Thirty-Two Thousand Dollars ($32,000.00);

      c. Alex Crimely is awarded the sum of Seventeen Thousand Two Hundred Fifty Dollars ($17,250.00);

      d. Plaintiffs, jointly, are awarded the sum of Five Thousand Sixty Dollars ($5,060.00) for attorney's fees and costs.

4. The Clerk of Court is directed to terminate any motions and close the file.

**DONE AND ORDERED** in Chambers, this 5th day of November, 2010.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

i11

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record